Scott A Stewart # 01655829
1200 Baker Street
Houston TX 77002
cell block: JA92m2018

(Need Counter Suit on Courthouse and Jail.)

Dear district clerk of the US District Courthouse I am Scott Alexander Stewart born 5-27-72 may 27, 1972 Social Security # ~~[redacted]~~ I am in the Harris county JAIL were I was driving my stolen vehical from Marrion Earl Stewart (step father). I am in JAIL were I have done 1yr 37months without a court or indiment. Inmates and officers Doctors and staff all meleste me and Rape me with thoughts ~~All~~ body mind & spirit. They steal my mail the officer that comes in and dont give me my mail AND VISITS Extortioning me and Rape. I have been moved to cell blocks after cell block were inmates jumped me and physical Rape and meleste me gangs mantalety the officer staff and Dr. conspirece to murder Every Day I have no trail. I am force ~~medicate~~ medicated with needles and oils that make me feel bad

Southern District of Texas FILED APR 17 2024 Nathan Ochsner, Clerk of Court

Forced medication is Rape of my body mind And spirit I have lost my motor nerve Systems in my feet and hands I shake all the time malnourished ~~because~~ steal my trust and money laundering it to staff And Inmates. Poon Stewart building company and own the Harris County Jail. All trespass on my property of the Jail and Steal Ford cars And dodge Vehecals from. It is a hostage holding of me spiritually Body mind and spirit Also the put me in tanks with bass roaches a lice they say that has scared me all over my body are scars ~~fr~~ from bug bites and assaults from staff and Inmates. I want a counter Suit Against Harris county and houston police Shot me in the face and dragged me through glass on the freeway when they first arrest me and Assulted me and stole my car. I own General motors And ford motor company. I need Justice for this Rape And ~~molestation~~ molestation of me.

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name Scott A Stewart
SPN 01055097  cell 5A5g 2ma
Street 1200 Baker Street
HOUSTON, TEXAS 77002

**Keefe** Commissary Network

**INDIGENT**

US District Courthouse
515 Rusk St.
Houston, Tx. 77002

US POSTAGE $000.64°
HOUSTON TX RPDC
15 APR 2024 PM 3

APR 17 2024
Nathan Ochsner, Clerk of Court
United States District Court

77002-252399